| | | |
|---|---|---|
| **LAURA CURRAN**<br>County Executive | | **JARED A. KASSCHAU**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

March 1, 2020

Honorable Pamela K. Chen
United States District Court Magistrate Judge
United States District Court, Eastern District NY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re.:    Jones v. Sposato, et al.
                  16-CV-5121 (PKC)(PK)

Dear Judge Chen:

The Nassau County Attorney's Office represents County Defendants in connection with the above-referenced matter.

I write this letter further to Your Honor's Electronic Order, dated February 28, 2020, wherein the Court asks that Defendants provide a status of the settlement agreement.

In January 2020, Mr. Jones executed the settlement agreement and general release together with a stipulation and order of dismissal. Those documents were received by undersigned on January 13, 2020. Soon thereafter, I transmitted to Mr. Jones a W9 form which needed to be completed by Mr. Jones for the payment to be issued. It seems that Mr. Jones did not receive my second communication. I have retransmitted the W9 form to Mr. Jones. Presently, undersigned is holding the general release and stipulation and order of dismissal in escrow pending the issuance of the settlement payment to Mr. Jones.

Therefore, it is respectfully requested that the parties be afforded and additional 60 days within which to file the stipulation and order of dismissal with the Court.

Thanking the Court for its time and consideration, I remain

                                                             Respectfully,

                                                             */S Pablo A. Fernandez*
                                                              Pablo A. Fernandez
                                                             Deputy County Attorney

cc:    Cory Terrell Jones (*Via Frist Class Mail*)
        19000534
        NASSAU COUNTY CORRECTIONAL CENTER
        100 Carman Avenue
        East Meadow, NY 11554