FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

RD 3/3/2020 @ 4:55 PM

MAR 02 2020

BROOKLYN OFFICE

2-28-2020

TO: Honorable Judge Peggy Kuo

16-CV-5121

Pro Se Plaintiff writes this letter in response to a order from you Your Honor Dated 2-21-2020. For the parties failure to file a stipulation of Dismissal by February 19, 2020. Your Honor Pro Se Plaintiff Cory Terrell Jones Just received your letter yesterday which was 2-27-2020. Plaintiff put a letter in the mail in reference to the same issue, stating that the plaintiff havent received a response back from the County Defendants Attorney Pablo A. Fernandez since around the first week of January. The plaintiff received the Settlement Agreement and stipulations the first week of January, filled out the paper work with the proper infomation and the Defendants had to receieved the paperwork back no later than the 15, of January 2020. Like i stated in my letter which i mailed to the court on Monday that just past. I the plaintiff havent heard from the Defendants Attorney since January. I also sent a letter to the Defendants Attorney to let him know that I will be getting released from Nassau County Jail in the Month of May, 2020 And dont a stable address to where the check can be sent. I just wanted to inform you Your Honor of what's going on.

Thank You For Your time

Cory Terrell Jones

I requested for the County's Attorney to send the check to my inmate account.



Mr. Cory Terrell Jones
C.C.# 1000534
Location E-1-G-4L
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

TO: Judge Peggy Kuo
225 CADMAN Plaza East
Brooklyn, NY. 11201