**LAURA CURRAN**
County Executive

**JARED A. KASSCHAU**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

May 1, 2020

Honorable Pamela K. Chen
United States District Court Magistrate Judge
United States District Court, Eastern District NY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re.:    Jones v. Sposato, et al.
                16-CV-5121 (PKC)(PK)

Dear Judge Chen:

The Nassau County Attorney's Office represents County Defendants in connection with the above-referenced matter.

I write to respectfully request an additional extension of time within which to file the parties' stipulation and order of dismissal. This is County Defendants' second request for an extension of time. This application is being made without having sought Plaintiff's consent. The reason being, is that Plaintiff is presently being housed at Nassau County Correctional Center.

As indicated in County Defendants' March 1st Status Report, undersigned had transmitted to Mr. Jones a W-9 form which needed to be completed by Plaintiff in order for undersigned to process the settlement payment. As of this writing, I have not been informed that my office has received a signed W-9 from Mr. Jones. Additionally, due to COVID-19, I am informed that the Nassau County Correctional Center is on modified lock-down which is likely affecting Mr. Jones' ability to communicate with undersigned. Finally, our office has also been closed to non-essential personnel since March 16, 2020. This closure has prevented undersigned from being at the office and having complete access to files.

Therefore, it is respectfully requested that the parties be afforded an additional 60 days within which to file the stipulation and order of dismissal with the Court.

Thanking the Court for its time and consideration, I remain

                                          Respectfully,

                                          */S Pablo A. Fernandez*
                                          Pablo A. Fernandez
                                          Deputy County Attorney

cc: Cory Terrell Jones (Via First Class Mail)
19000534
Nassau County Correctional Center
100 Carman Avenue
East Meadow, New York 11554